IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00704-MSK-KLM

FOUR WINDS INTERACTIVE LLC, a Colorado limited liability company,

    Plaintiff,

v.

22 MILES, INC., a California corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Entry of Protective Order** [#3] (the "Motion"). This lawsuit was filed on March 25, 2016. *See Compl.* [#1]. The same day, Plaintiff filed the Motion [#3]. After entering an appearance, Defendant filed a Response [#22] indicating that it does not oppose the entry of a mutually agreeable protective order, but that the version attached to the Motion was unilaterally created by Plaintiff without waiting to first meet and confer with Defendant. Defendant also states in the Response that Plaintiff has indicated a willingness to negotiate the protective order. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#3] is **DENIED without prejudice**. A joint motion for entry of protective order may be refiled after the parties confer pursuant to D.C.COLO.LCivR 7.1(a). Any disputes regarding a proposed protective order shall be addressed through Magistrate Judge Mix's discovery procedures.

    Dated: May 3, 2016